**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6308**

DAVID E. HILL,

        Plaintiff - Appellant,

     v.

PAUL J. MCNULTY, U.S. District Attorney; ROBERT SPENCER, Asst. U.S. Attorney; KAREN NESTER, FBI Agent; PAUL TIMKO, FBI Agent; JANE DOE, Warden, D.C. Jail; JOHN DOE, Correctional Officer; JOHN DOE, Correctional Officer; JANE DOE, Correctional Officer; ALEXANDRIA DISTRICT ATTORNEY'S OFFICE, U.S. Attorney Office; GERALD B. LEE, Former Judge,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:21-cv-00112-CMH-IDD)

Submitted: August 28, 2025                    Decided: September 3, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Hill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David E. Hill appeals the district court's order denying, pursuant to a prior prefiling injunction, Hill's requests for leave to file motions for relief from judgment in the underlying civil rights action.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hill v. McNulty*, No. 1:21-cv-00112-CMH-IDD (E.D. Va. Mar. 27, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We deny Hill's motion to disqualify Senior Judge Hilton from this and Hill's other cases and to retroactively vacate several of Judge Hilton's orders because of the alleged conflict.

2